IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Virginia Stewart, | ) | |
| | ) | |
| Plaintiff, | ) | CA No. 8:06-0376-HMH-BHH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| Advantage Health Group, Inc. and | ) | |
| Health Management Resources, Inc. and | ) | |
| Bill Williamson, | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the court on the Defendants' motion to reconsider pursuant to Rule 60 of the Federal Rules of Civil Procedure. The court grants the Defendants' motion to correct a clerical error in the court's October 18, 2006, opinion pursuant to Rule 60(a) of the Federal Rules of Civil Procedure. The first sentence on page 2 of the opinion is amended to read as follows: Stewart commenced this suit in state court on September 21, 2005, alleging a claim for civil conspiracy against Advantage Health Group, Inc. ("Advantage"), Bill Williamson ("Williamson"), and Health Management Resources, Inc. ("Health") and a claim for refusal to hire on the basis of age, in violation of South Carolina public policy, against Advantage and Williamson. The remainder of the opinion shall remain unchanged. Further, the Defendants' motion to reconsider pursuant to Rule 60(b) is denied.

1

It is therefore

**ORDERED** that the Defendants' motion for reconsideration, docket number 19, is granted in part and denied in part.

**IT IS SO ORDERED**.

                                          s/Henry M. Herlong, Jr.
                                          United States District Judge

Greenville, South Carolina
October 23, 2006